# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ELLAYNE ADAMS § | |
| § | |
| v. § | Case No. 2:11-cv-0218-JRG-RSP |
| § | |
| KEN CRINER AND SATURN § | |
| OF FORT WORTH | |

## JUDGMENT

On this day, the Court considered the Report and Recommendation of United States Magistrate Judge Roy S. Payne (Dkt No. 13) regarding the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 9) filed by defendants on August 5, 2011.  No objections to the Report and Recommendation have been filed and the Court hereby adopts the finding and recommendation therein.  Accordingly,

IT IS ORDERED that the Motion to Dismiss (Dkt. No. 9) be GRANTED and all claims by plaintiff against defendants be and are hereby DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 30th day of July, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE